FILED
MAR 1 9 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
| v. | ) |
|  | ) Case No. 21-mj-216-PJC |
|  | ) |
| DAMEON LAMAR LEATHERS | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 6, 2018__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. §§ 1151, 1153, 1111(a) | Murder First Degree In Indian Country |

This criminal complaint is based on these facts:
See Attached Affidavit Special Agent Steven Colon.

☒ Continued on the attached sheet.

_____
*Complainant's signature*
SA Steven Colon F.B.I.
*Printed name and title*

Sworn to and signed via telephone.

Date: 3/19/21

_____
*Judge's signature*
Paul J. Cleary, United States Magistrate Judge
*Printed name and title*

City and state: Tulsa, OK

## Affidavit in Support of An Arrest Warrant
## in the Northern District of Oklahoma

I, Steven A. Colon being duly sworn under oath, do hereby depose and state:

### Introduction and Agent Background

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) in Tulsa, Oklahoma, since 2018. As a result of my employment with the FBI, my duties include, but are not limited to, the investigation and enforcement of Title 18, of the United States Code (U.S.C.).

2. As part of my duties as an FBI agent, I investigate criminal violations relating to Crime in Indian Country, to include Murder in violation of 18 U.S.C. §§ 1151, 1153, and 1111(a) (Murder, First Degree in Indian Country). I have received training in the area of Violent Crime in Indian Country and I have investigated cases involving Violent Crimes in Indian Country.

3. The facts and statements in this affidavit are based in part on information provided by the Tulsa Police Department Homicide Unit, witness statements, and on my training and experience as a FBI Special Agent. Since this affidavit is intended to show merely that there is sufficient probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to assist in the issuance of the requested Criminal Complaint and Arrest Warrant.

4. It is my belief that a black male known as **Dameon Lamar Leathers (DOB: \*\*/\*\*/1981),** a United States citizen, has violated 18 U.S.C. §§ 1151, 1153,

and 1111(a) (Murder, First Degree in Indian Country) that on or about April 6, 2018 he shot and killed H.T. in Indian Country in the Northern District of Oklahoma. Leathers is an enrolled member of the Muscogee Creek Nation, a federally recognized tribe.

5. This warrant and affidavit are being presented electronically pursuant to Federal Rules of Criminal Procedure Rule 4.1 and 41(d)(3).

## Summary of the Investigation:

6. On April 7, 2018, Tulsa Police Department (TPD) officers were dispatched to a man down in the driveway of 5469 N. Hartford Place, Tulsa, Tulsa County, Oklahoma. The Tulsa Fire Department was on scene and pronounced H.T. dead at 6:04AM. The victim's body was in between two vehicles in the driveway. The victim had two gunshot wounds, one to the leg and the other to his arm. The victim's pockets had been turned out and his cell phone was missing. The crime scene was processed for evidence. A BB gun was located in the bed of a truck that was parked in the driveway in close proximity to H.T. Inside the residence there was blood on the deadbolt to the front door as well and on one of the doors in a back bedroom. There was also a bullet hole in the bedroom window. It appeared that bullet was fired from the inside of the bedroom and exited the window. A spent casing was located inside the bedroom. There was a dresser drawer from the bedroom that was missing a drawer. Detectives were told by Shari Thompson, the wife of the victim, that the missing drawer contained a large amount of loose coins

2

and dollar bills. The wife of the victim told Detectives she and her husband had separate residences in Tulsa. She said her husband was a frequent visitor of the casinos, and hit three jackpots on April 6, 2018.

7. Later that day, the wife of the victim contacted the Detective Division and said she was told by a witness that a truck linked to the death of her husband was parked at Chamberlain Park located at 4940 N. Frankfort Ave., Tulsa, OK. The truck was a 1988 brown Chevrolet with Oklahoma tag IWA-170. The registered owner was Tommy Peters who came to the TPD Detective Division to be interviewed. Peters told Detectives he was out of town during the timeframe of the murder, which was confirmed by Detectives. Peters said he loaned his truck to a male with the street name of "Mont Mont." When Peters returned to Tulsa, he went to the Edenwood Apartment Complex at 2201 N. Hartford Ave., Tulsa, Oklahoma to retrieve his truck. He was told by a girl named Courtney Hura that his truck was broke down and to stay away from it because it had been used in something the night before. Peters consented to a search of his truck to be completed by law enforcement. The search of his truck revealed loose coins scattered on the floorboard and seat. The drive train of the truck was missing.

8. On April 7, 2018, video surveillance was obtained from Chamberlain Park where the 1988 brown Chevrolet truck with Oklahoma tag IWA-170 was parked. The video showed the 1988 brown Chevrolet truck being pushed into the parking lot by another truck on the morning of April 7, 2018 at 1:34AM. The vehicle

that did the pushing appeared to have extensive damage on the side of it that stood out to Detectives.

9. On April 7, 2018, video surveillance from the Edenwood Apartment Complex was also obtained. Detectives reviewed the video for April 6, 2018, and April 7, 2018, and captured a 1988 brown Chevrolet truck with Oklahoma tag IWA-170 as well as a second truck that pushed the 1988 brown Chevrolet truck to Chamberlain Park. The second truck was identified as a gray 2001 Chevrolet Silverado truck with Oklahoma tag BGJ-006. According to TPD Burglary Detective's, this truck had been connected to a burglary ring that was very active at this time. The video showed both vehicles were connected to the apartments located at 2179 N. Hartford Ave., Tulsa, Oklahoma. The investigation revealed Tulsa Police Department served a search warrant on January 26, 2018, at Apartment C of this residence. The occupants during the search warrant execution were Tommy Peters and Alexus Carter.

10. On April 8, 2018, Detectives made contact with the occupants of 2179 N. Hartford Ave. Apartment C, Tulsa, OK 74106. Alexus Carter and Lloyd Clemons were in the apartment and transported to Detective Division for interviews. Carter was arrested in reference to outstanding warrants. Clemons was her boyfriend and arrested in reference to his outstanding warrants.

11. On April 8, 2018, a traffic stop occurred on the gray 2001 Chevrolet Silverado truck with Oklahoma tag BGJ-006 for failure to stop. The lone occupant/driver was Dameon Lamar Leathers. Leathers was operating the vehicle

with a suspended license and arrested. He was then transported to the Detective Division for an interview. Leathers signed a rights waiver and agreed to give a statement. During his interview, Leathers admissions included that he knew the victim, H.T; and had been to the Osage Casino on April 6, 2018. He and his father, Sam Willis, owned the gray 2001 Chevrolet Silverado with Oklahoma tag BGJ-006. Leathers used the truck to get to work and did not let anyone use the truck while he was at work. He entered his truck then left work in Owasso and stumbled onto a broke down truck near 5000 N. Hartford Ave. in Tulsa. The truck was being pushed by another vehicle. He made contact with the occupants of the truck who he did not know but were male and female. They asked him for assistance and paid him $20 to push the broken truck to Chamberlain Park. He then proceeded to the Edenwood Apartment complex to meet up with a female. He then returned to work. Leathers stated that he learned about H.T. being killed from H.T.'s brother-in-law named "T". Leathers stated that "T" told him that H.T. had been shot in the leg in a main artery. "T" was later identified by Detectives as Thamous Taylor and spoke to Detectives over the phone. Taylor stated he spoke to Leathers on April 7, 2018, at approximately 5:30PM. Taylor stated he did not know how Thompson had been killed and did not tell Leathers about Thompson being shot. At the conclusion of the interview, Leathers was transported to his residence at 4528 N. Johnstown Avenue, Tulsa, Oklahoma.

12.     On April 9, 2018, Detectives interviewed Ramont Hollins alias "Mont Mont." He had specific facts only suspects would have knowledge of. He stated

5

Leathers and Clemons were responsible for the murder of H.T. The facts included that H.T. was first robbed in his driveway, and was then forced inside his residence where the robbery continued. H.T. was able to retrieve a handgun he hid under his pillow. He fired, and one bullet broke a window and exited the residence and another round struck Clemons in the finger. Clemons was bleeding and fled the residence. Hollins said he received this information at approximately 10:30PM on April 6, 2018, when Clemons talked about what occurred to multiple individuals inside 2179 N. Hartford Ave., Apartment C, after being dropped off by Leathers.

13. Clemons was transported from the Tulsa County Jail to the Detective Division for an interview, given his *Miranda* rights, and agreed to make a statement. He stated, he and Leathers committed multiple residential burglaries in the Tulsa area on April 6, 2018. They then went to the Osage Casino and spent some of the stolen money they had received from the burglaries. Leathers called him and told him that H.T. had been robbed before for ten thousand dollars. They went to the victim's residence and hid in the bushes. Video surveillance from the Edenwood Apartment complex showed Leathers driving a gray 2007 Dodge Charger with Oklahoma tag EQG-749 picking up Clemons at 8:11PM. Leathers had a real gun and was masked during the incident. Clemons said he had a BB gun. They made contact with the victim outside of the residence and robbed him at gunpoint. H.T. complied with their demands and let Leathers go through his pockets. H.T. was forced into his residence at gunpoint. Clemons and Leathers ask where the drugs and money were located. H.T. was able to retrieve his own gun hidden underneath a

6

pillow in the bedroom and fired multiple shots. One shot hit Clemons in the hand. Clemons said he fled the residence and entered a light colored Dodge Charger that was parked down the street. While running away from the residence, he heard gunshots coming from the area of the residence. Clemons entered the vehicle and circled the area until he located Leathers. Phone call records show a call at 10:09PM, during the burglary, between Clemons and Leathers lasting approximately one minute and two seconds. Clemons and Leathers proceeded to the Edenwood Apartment complex where Clemons was dropped off at 10:29PM according to surveillance video. Later that night, Clemons and Leathers spoke via phone. At 11:02PM, Leathers called to inform Clemons that H.T. went to the hospital. Leather's told him that he could go back to H.T's residence to burglarize it. Clemons and Marquesha Reid got into her car which was a maroon Chevrolet Impala. Ramont Hollins, Courtney Hura, and Dominic Turner then got into Tommy Peter's truck. The two vehicles went to H.T.'s residence. Upon arrival, Clemons and the other individuals discovered that H.T. had been killed and was dead in the driveway. Clemons and the other individuals decided to burglarize the residence anyway. During the burglary they took property that included a dresser drawer that contained loose coins. When the suspects were attempting to leave, the 1988 brown Chevrolet with Oklahoma tag IWA-170 broke down. Clemons was able to contact Leathers by phone who left work and came to the location. Leathers then pushed the broken down 1988 brown Chevrolet with Oklahoma tag IWA-170 to Chamberlain Park with his own truck which was the gray 2001 Chevrolet Silverado with Oklahoma tag BGJ-

7

006. Leathers and Clemons ended up at the Edenwood Apartments, then Leathers returned to work in Owasso, Oklahoma.

14.     On April 9, 2018, Officer's attempted to locate Leathers. Leathers was able to be reached by phone, but hung up on Detectives. Leather's mother stated her son left in her 2007 gray Dodge Charger with Oklahoma tag EQG-749, and said he was not going back to prison and was going to kill himself.

15.     On April 9, 2018, Officer's interviewed Training and Development Specialist LaCher Thompson at National Steak and Poultry, 301 E. Fifth Ave., Owasso, Oklahoma where Leathers was employed as a sanitation worker. His normal shift was Monday through Friday from 11:30PM to 6:00AM. It was a six hour shift so Leathers was not entitled to a lunch break. Time card verification and company security video footage depicted Leathers arriving for his shift at 11:29PM on April 6, 2018. Footage captured Leathers walking out of the facility at 1:12AM on April 7, 2018. Leathers is seen on video entering his vehicle in the parking lot and driving out at 1:13AM. Leathers is seen returning to work at 3:38AM.

16.     On April 9, 2018, Osage Nation police provided video surveillance in reference to H.T. being at the casino on April 6, 2018. The Medical Examiner found three receipts dated April 6, 2018 in the victim's pockets from the casino in the following amounts: 2:27PM for $1272.00; 3:22PM for $1589.00; and 8:17PM for $1390.00.

17.     On April 10, 2018, Courtney Hura was interviewed by Detectives. On April 6, 2018, she initially told Tommy Peters to stay away from his 1988 brown

Chevrolet with Oklahoma tag IWA-170 because it had been involved in something the night before. She stated she was at Alexus Carter's apartment in Edenwood Apartment complex the night of the murder. She recalled Clemons and a few others counting a large amount of money. She observed Clemons finger had been injured. She stated Clemons was bragging about the incident and Leather's was there too. Clemons wanted to return to the house because there was more money and drugs in the residence. She went back to the residence with Clemons, Marquesha Reid and Dominic Turner in the maroon Chevrolet Impala and the 1988 brown Chevrolet with Oklahoma tag IWA-170. She approached the door to see if anyone was home. She stated Leathers was on the phone with Clemons during the burglary. She admitted to burglarizing the residence with Clemons and taking a dresser drawer full of coins and putting it in the truck. When the truck broke down the occupants transferred the drawer from the brown Chevrolet truck to the maroon Chevrolet Impala. During the burglary, Clemons got into the victim's vehicle and stole a headrest. The headrest was subsequently recovered and a match to the victim's vehicle missing headrest was made. Clemons was the first person that noticed the victim laying in the driveway. The next morning, with Alexus Carter present, she told Tommy Peters to stay away from his truck. The next afternoon, Leathers came to the apartment and questioned Courtney about why she was telling people things.

    18.    On July 11, 2018, Tulsa Police Department Forensic laboratory provided DNA results from the blood on the interior deadbolt and storm front door

of the victim's residence. Lloyd Clemons cannot be excluded as a contributor of that DNA. The victim was excluded.

### Relevant Statutes

18 U.S.C. § 1151 provides:

Except as otherwise provided in sections 1154 and 1156 of this title, the term "Indian country", as used in this chapter, means (a) all land within the limits of any Indian reservation under the jurisdiction of the United States Government, notwithstanding the issuance of any patent, and, including rights-of-way running through the reservation, (b) all dependent Indian communities within the borders of the United States whether within the original or subsequently acquired territory thereof, and whether within or without the limits of a state, and (c) all Indian allotments, the Indian titles to which have not been extinguished, including rights-of-way running through the same.

18 U.S.C. § 1153 provides:

(a) Any Indian who commits against the person or property of another Indian or other person any of the following offenses, namely, murder, manslaughter, kidnapping, maiming, a felony under chapter 109A, incest, a felony assault under section 113, an assault against an individual who has not attained the age of 16 years, felony child abuse or neglect, arson, burglary, robbery, and a felony under section 661 of this title within the Indian country, shall be subject to the same law and penalties as all other persons committing any of the above offenses, within the exclusive jurisdiction of the United States.

18 U.S.C. § 1111(a) provides:

Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, escape, murder, kidnapping, treason, espionage, sabotage, aggravated sexual abuse or sexual abuse, child abuse, burglary, or robbery; or

perpetrated as part of a pattern or practice of assault or torture against a child or children; or perpetrated from a premeditated design unlawfully and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree. Any other murder is murder in the second degree.

## Conclusion

19. Based on the information set forth in this affidavit, I submit there is probable cause to believe that **DAMEON LAMAR LEATHERS** has violated 18 U.S.C. §§ 1151, 1153 and 1111(a) Murder in the First Degree in Indian Country in Tulsa, Oklahoma, in the Northern District of Oklahoma.

_____
STEVEN A. COLON
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to via telephone on the 19th day of March, 2021.

_____
PAUL J. CLEARY
UNITED STATES MAGISTRATE JUDGE